**CR 16        00154**

JD:AL
F. #2013R00072

GARAUFIS, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

POLLAK, M.J.

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

NOTICE OF MOTION

    - against -

Cr. No. _____

MICHAEL STERN,

          Defendant.

- - - - - - - - - - - - - X

    Please take notice that the undersigned will move this Court, before a judge to be

assigned, for leave to file an information upon the defendant MICHAEL STERN's waiver of

indictment pursuant to Rule 7(b) of Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
      March    , 2016

                        CAROLINE D. CIRAOLO
                        Acting Assistant Attorney General

By:   /s/ Mark W. Kotila
       Mark W. Kotila
       Jack A. Morgan
       Tax Division Trial Attorneys
       (202) 514-3768

FILED
CLERK
2016 MAR 30  PH 2: 37

F. #2013R00072

FORM DBD-34
JUN. 85

*No.*

# UNITED STATES DISTRICT COURT

## EASTERN District of NEW YORK

### CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*Michael Stern*

Defendant.

# INFORMATION

(T. 26, U.S.C., § 7206(1); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

_____

*Mark W. Kotila and Jack A. Morgan, Tax Division Trial Attorneys (202-514-3768 / 202-353-7580)*