JD:AL
F. #2013R00072

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL STERN,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>INFORMATION</u>

Cr. No. 16-154 (NGG)
(T. 26, U.S.C., § 7206(1); T. 18,
U.S.C., §§ 2 and 3551 <u>et seq</u>.)

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNTS ONE AND TWO</u>
(Falsely Subscribing to Tax Returns)

    On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant MICHAEL STERN, a resident of Brooklyn, New York, did willfully make and subscribe to joint U.S. Individual Income Tax Returns, Forms 1040, for each of the calendar years set forth below, each of which was verified by a written declaration that it was made under penalties of perjury. The defendant MICHAEL STERN did not believe the returns, which were filed with the Internal Revenue Service, to be true and correct as to one or more material matters in that the returns failed to disclose income earned from his business activity. The defendant MICHAEL STERN then and there well knew and believed that he was required by law and regulation to disclose all the income derived from the business activity, but failed to disclose such income. The defendant MICHAEL STERN then and there

2

well knew and believed that his actual, total income was in excess of the total income reported in his tax returns, as set forth below:

| COUNT | TAX YEAR | APPROXIMATE DATE OF FILING | FALSELY CLAIMED INCOME | ACTUAL, TOTAL INCOME |
|---|---|---|---|---|
| 1 | 2006 | October 19, 2007 | Line 22: $203,969 | Line 22: $653,968.56 |
| 2 | 2007 | October 17, 2008 | Line 22: $47,622 | Line 22: $254,403.24 |

(Title 26, United States Code, Section 7206(1); Title 18, United States Code, Sections 2 and 3551 et seq.)

_____
ROBERT L. CAPERS
United States Attorney
Eastern District of New York