DOCKET NUMBER: CR 16-0154 (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** MAY 4, 2016  **TIME IN COURT** __ HRS  60  MINS
@ 11:30 AM.

**1. DEFENDANT:** MICHAEL STERN

Present X   Not Present       Custody    Not Custody X

**DEFENSE COUNSEL:** ALBERT DAYAN
FEDERAL DEFENDER:   CJA:    RETAINED: X

**2. DEFENDANT:**

Present   Not Present      Custody    Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody      Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.:** MARK KOTILA / JACK MORGAN

**COURT REPORTER: GENE RUDOLPH**
**INTERPRETER:    LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Appeal | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ Oral Argument |
| ☐ | Voir Dire Held    ☐    Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty ☐  Sentence enhancement Phase | ☐  Bench Trial Begun |

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE:** XT
Do these minutes contain ruling(s) on motion(s)?    YES                    NO  X

THE DEFENDANT PLEADS GUILTY TO COUNTS 1 & 2 OF THE INFORMATION. SENTENCING IS SCHEDULED FOR FRIDAY, SEPTEMBER 9, 2016 AT 12:00 PM. THE DEFENDANT IS RELEASED ON A PERSONAL RECOGNIZANCE BOND. THE DEFENDANT SHALL PROVIDE PRETRIAL SERVICES HIS PLANNED ITINERARY IN ADVANCE OF ANY TRAVEL.