**ALBERT Y. DAYAN**  80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law  Tel: (718) 268-9400:  Fax: (718) 268-9404

By ECF:

August 31, 2016

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael Stern
              Case No.: 16-Cr-00154-001

Dear Judge Garaufis:

    The defense respectfully submits this letter to Your Honor on the subject.

    The defendant, Michael Stern is scheduled for sentencing before Your Honor on Friday, September 9, 2016 at 12:00 p.m.. Your Honor, with the consent of the Government, and with the confirmation of Chambers, the defense respectfully requests an adjournment of this matter excluding time from Friday, September 9, 2016 at 12:00 p.m. to Wednesday, September 21, 2016 at 2:00 p.m.

    Thank you Your Honor.

                                        Respectfully submitted,

                                              /s/
                                        Albert Y. Dayan
                                        Attorney at Law

cc:    Jack A. Morgan, Esq.
       Assistant United States Attorney
       Roberta Houlton
       United States Probation Officer