**ALBERT Y. DAYAN**     80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorney at Law     Tel: (718) 268-9400:     Fax: (718) 268-9404

By ECF:

August 31, 2016

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:   United States v. Michael Stern**
> **Case No.: 16-Cr-00154-001**

Dear Judge Garaufis:

The defense respectfully submits this letter to Your Honor on the subject.

The defendant, Michael Stern is scheduled for sentencing before Your Honor on Friday, September 9, 2016 at 12:00 p.m.. Your Honor, with the consent of the Government , and with the confirmation of Chambers, the defense respectfully requests an adjournment of this matter excluding time from Friday, September 9, 2016 at 12:00 p.m. to Friday, October 21, 2016. The time will be set by Chambers.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.     Jack A. Morgan, Esq.
Assistant United States Attorney
Roberta Houlton
United States Probation Officer