**DOCKET NUMBER:** CR 16-0154 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE:** GARAUFIS   **DATE:** OCTOBER 20, 2016   **TIME IN COURT** \_\_ **HRS** 60 **MINS**
@ 3:30 PM.

**1. DEFENDANT:** MICHAEL STERN

Present X   Not Present       Custody   Not Custody X

**DEFENSE COUNSEL:** ALBERT DAYAN
**FEDERAL DEFENDER:**      CJA:       **RETAINED:** X

**2. DEFENDANT:**
Present   Not Present       Custody   Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**   CJA:   **RETAINED:**

**3. DEFENDANT:**
Present   Not Present   Custody       Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**   CJA:   **RETAINED:**

**A.U.S.A.:** JACK MORGAN

**COURT REPORTER:** MARIE FOLEY
**INTERPRETER:**    **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                   ☐ Sentencing on a violation
- ☐ Bail Application                              ☐ Motion Hearing
- ☐ Violation                                     ☐ Hearing
- ☐ Status Conference                             X Sentencing
- ☐ Bail Violation Hearing                        ☐ Motion for sentence reduction
- ☐ Curcio Hearing                                ☐ Oral Argument
- ☐ Voir Dire Held   ☐   Jury selection           ☐ Jury trial
- ☐ Jury Trial Death Penalty ☐   Sentence enhancement Phase   ☐   Bench Trial Begun

**Speedy Trial Start:**   **Speedy Trial Stop:**   **CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**   YES        NO   X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.