UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket No. CR-16-0154 |
| MICHAEL STERN, | (Garaufis, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $220,981.00, that is, restitution in the amount of $190,781.00, plus interest, a fine in the amount of $30,000.00, plus interest, and a special assessment in the amount of $200.00, on October 20, 2016, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on November 4, 2016; and

WHEREAS, said judgment has been fully paid as to the defendant MICHAEL STERN;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant MICHAEL STERN.

Dated:     Brooklyn, New York
           November 20, 2017

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:     /s/
PETER A. LASERNA
Assistant U.S. Attorney
(718) 254-6152